**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EARL EUGENE CANNEDY, JR., | ) | NO. ED CV 10-734-CJC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MATTHEW CATE, etc., | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) Ground One of the Petition is denied and dismissed with prejudice; and (2) Grounds Two and Three of the Petition are dismissed as moot.

DATED: December 27, 2010.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE